UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
|  | ```
FILED: JUNE 13, 2008
08CV3423
JUDGE SHADUR
MAGISTRATE JUDGE ASHMAN
EDA
``` |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| SIGNATURE | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES  NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES  NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES  NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES  NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL    APPOINTED COUNSEL | |

Case 1:08-cv-03423    Document 3    Filed 06/13/2008    Page 2 of 2