UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORER'S PENSION FUND; ET AL** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **JANE J. CASSIDY, INDIVIDUALLY AND D/B/A K1 SERVICES LLC** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 CV 3423** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 03, 2008**, at **6:00 PM**, I served the above described documents upon **JANE J. CASSIDY, INDIVIDUALLY AND D/B/A K1 SERVICES LLC** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **JANE J. CASSIDY**.

Said service was effected at **620 CENTER ST, ELGIN, IL 60120**.

**DESCRIPTION:**  Gender: **F**  Race: **WHITE**  Age: **40**  Hgt: **5'7"**  Wgt: **140**  Hair: **BROWN**  Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Michael C Unthank, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 7th day of July, 2008

_Joan C. Harenberg_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:           ORIGINAL PROOF OF SERVICE           TRACKING #