IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>          Plaintiffs,<br>  v.<br><br>JANE J. CASSIDY, individually and d/b/a K 1 SERVICES LLC,<br>          Defendant. | Case No. 08 C 3423<br><br>Judge SHADUR |

## NOTICE OF MOTION

To:   Jane J. Cassidy, individually and d/b/a K1 Sewer Services LLC,
      620 Center Street
      Elgin, IL 60120

   PLEASE TAKE NOTICE that at 9:15 a.m. on Monday, August 4, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Milton I. Shadur, Room 2303, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Leave to File First Amended Complaint, a copy of which is herewith served upon you.

July 28, 2008                                                             Laborers Pension Fund, et al.

                                                                          By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

   The undersigned certifies that on this 28th day of July he served this notice to the above addressee(s) via U.S. Mail.

                                                                          /s/ Charles Ingrassia