IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORER'S DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds<br>      Plaintiff,<br><br>    v.<br><br>JANE J. CASSIDY, individually and d/b/a K 1 SERVICES LLC,<br>      Defendant. | Case No. 08CV3423<br><br>JUDGE SHADUR |

**FILED**
JUL 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWER

Now come Defendant, Jane J Cassidy individually, Pro Se, and hereby answer Plaintiff's complaint as follows:

Defendant denies all allegations contained in count # 1 through count # 4 and each of them. At no time did Defendant individually enter into any formal Agreement(s) with Plaintiff. Further, Defendant has no knowledge or affiliation of co defendant "K 1 Services LLC,".

        Respectfully submitted,

        _____
        Jane J Cassidy
        Pro Se