IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>Plaintiffs,<br>v.<br><br>JANE J. CASSIDY, individually and d/b/a K 1 SEWER SERVICES LLC,<br><br>Defendant. | Case No. 08 C 3423<br><br>Judge SHADUR |

## NOTICE OF FILING

To: Jane J. Cassidy, individually and
d/b/a K1 Sewer Services LLC,
620 Center Street
Elgin, IL 60120

　　　PLEASE TAKE NOTICE that on this 7th day of August 2008 the undersigned filed with the Clerk of Court the attached *Plaintiff's First Amended Complaint* a copy of which is herewith served upon you.

August 7, 2008　　　　　　　　　　　　　　　　LABORERS' PENSION FUND ET AL.


　　　　　　　　　　　　　　　　　　　　　　By: /s/ Charles Ingrassia

Office of Fund Counsel
111 Jackson Blvd., Suite 1415
Chicago, Illinois 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

　　　The undersigned certifies that on this 7[h] day of August, 2008 he served this notice to the above addressee(s) via U.S. Mail.

　　　　　　　　　　　　　　　　　　　　　　/s/ Charles Ingrassia